# Court of Appeals
# of the State of Georgia

ATLANTA,  February 01, 2023

*The Court of Appeals hereby passes the following order:*

### A23D0211.  HONG NGUYEN et al. v. HAWTHORN GLEN HOMEOWNERS ASSOCIATION, INC.

In this judicial foreclosure action, Hong and Nicole Nguyen, proceeding pro se, seek to appeal the superior court's orders dismissing their counterclaims and granting Hawthorn Glen Homeowners Association, Inc.'s motion for summary judgment and awarding it $9,944.93. The trial court filed its summary judgment order on October 3, 2022, and the dismissal order on October 6, 2022, *nunc pro tunc* to October 3, 2022. The Nguyens filed their application on January 9, 2023. We lack jurisdiction because the application is untimely.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35. This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith."). Here, the Nguyens' application to this Court was filed 98 days after the superior court's judgment.[1]

---

[1] Hong Nguyen's attempt to circumvent the statutory deadline by submitting his own affidavit recounting conversations with the court clerk does not alter this Court's determination that this application is untimely.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/01/2023__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*